**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: JAMES ALVIN DANIEL                    Case No.: 05-42465-RAM
       and MIRNA ELEIDA DANIEL,
              Debtors.            /          Chapter 7


**DEBTORS' MOTION FOR WITHDRAWAL OF FUNDS ON DEPOSIT WITH U.S. BANKRUPTCY COURT CLERK, TO DIRECT OTURA INVESTMENTS, INC. AND MIAMI-DADE COUNTY TAX COLLECTOR TO RETURN UNCASHED CHECKS TO THE CHAPTER 13 TRUSTEE TO DISBURSE FUNDS TO DEBTORS, AND TO ORDER VENUS, LLC TO REFUND MONEY DIRECTLY TO THE DEBTORS**

COME NOW Debtors, JAMES ALVIN DANIEL and MIRNA ELEIDA DANIEL, by and through undersigned counsel and pursuant to 11 U.S.C. 1302(b)(1) and 28 U.S.C. 129, and files this, their Motion for Withdrawal of Funds on Deposit with U.S. Bankruptcy Court Clerk, to Direct Otura Investments, Inc. and Miami-Dade County Tax Collector to Return Uncashed Checks to the Chapter 13 Trustee to Disburse Funds to Debtors, and to Order Venus, LLC to Refund Money Directly to the Debtors, and respectfully state:

   1.   Debtors filed their Chapter 13 bankruptcy on October 11, 2005 and during the course of the case paid over to the Chapter 13 Trustee $21,954.57. On April 13, 2006, a vesting order was entered making all Debtor payments non-refundable and authorizing the Chapter 13 Trustee to disburse all funds in accordance with the proposed plan.

   2.   The proposed plan included payments to creditors secured by Debtors' interests in their homestead in order to cure arrearages on same.

   3.   Debtors were able to achieve a "refinancing" of their homestead by "selling" same to Debtor/Husband's sister and paid off all of the creditors secured by their homestead.

The Bankruptcy Law Offices of James Schwitalla, P.A.

Park Place II • 12954 SW 133 Court • Miami, FL 33186 • Telephone: (305) 278-0811 • Telecopier (305) 278-0812
www.MiamiBankruptcy.net

4.  Thereafter, the Chapter 13 Trustee disbursed funds to creditors, including those that had been paid at the closing on the "sale" of Debtors' homestead.

5.  The first mortgagee on Debtors' homestead was Novastar Mortgage, Inc., which received from and returned to the Chapter 13 Trustee payment of $13,290.40. The Chapter 13 Trustee thereafter deposited these funds with the U.S. Bankruptcy Court Clerk.

6.  The second mortgagee on Debtors' homestead was Otura Investments, Inc., which received from but has not yet returned to the Chapter 13 Trustee payment of $1,172.60.

7.  The Miami-Dade County Tax Collector received from but has not yet returned to the Chapter 13 Trustee payment of $405.34.

8.  Venus, LLC, a real property tax certificate holder received from and cashed a check of the Chapter 13 Trustee in the amount of $381.80.

9.  By this motion, Debtors request that the U.S. Bankruptcy Court Clerk be directed to issue them a check in the amount of $13,290.40 representing a reimbursement to them of the amount returned to the Chapter 13 Trustee by Novastar Mortgage, Inc. Attached as Exhibit "A" to this motion is the Satisfaction of Mortgage recorded by Novastar Mortgage, Inc. in the public records of Miami-Dade County, Florida.

10. By this motion, Debtors also request that Otura Investments, Inc. and the Miami-Dade County Tax Collector be directed to return to the Chapter 13 Trustee the checks they received from her, and the Chapter 13 Trustee be directed to refund these sums to the Debtors, as these secured claims were paid by the Debtors at the closing on the "sale" of their home. Attached as Exhibit "B" to this motion is the Satisfaction of Mortgage recorded by Otura Investments, Inc. in the public records

of Miami-Dade County, Florida. Attached as Exhibit "C' to this motion is a printout from the Miami-Dade County Tax Collector's website showing that all real property taxes on the Debtors' home have been paid.

    11. By this motion, Debtors also request that Venus, LLC be ordered to refund directly to the Debtors the $381.80 it received from the Chapter 13 Trustee, as it received full payment on its claim from the Miami-Dade County Tax Collector when the real property taxes were paid by the Debtors at the closing on the "sale" of their home. Therefore, the payment received by Venus, LLC from the Chapter 13 Trustee represents an overpayment that should be refunded to the Debtors.

WHEREFORE, Debtors, JAMES ALVIN DANIEL and MIRNA ELEIDA DANIEL, by and through undersigned counsel, respectfully pray that this Honorable Court enter an order directing the U.S. Bankruptcy Court Clerk to pay over to the Debtors the sum of $13,290.40, that Otura Investments, Inc. and the Miami-Dade County Tax Collector be directed to return the uncashed checks to the Chapter 13 Trustee, that the Chapter 13 Trustee, in turn, pay over those funds to the Debtors, and that Venus, LLC be ordered to refund directly to the Debtors the sum of $381.80 on the grounds set forth above.

### CERTIFICATES OF SERVICE and ADMISSION

I hereby certify that a true and correct copy of the foregoing was served this 29th day of September 2006 on all persons on the attached Service List, and that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                               _____
                                               James Schwitalla, Esq.
                                               F.B.N. 911488
                                               Attorney for Debtors
                                               Park Place II
                                               12954 S.W. 133 Court

```
                                        Miami, Florida 33186
                                        Office (305) 278-0811
```

**Service List**

Notice will be electronically mailed to:

Barry E. Mukamal, Trustee
A.U.S.T.

Notice will be sent via regular U.S. Mail to:

Otura Investments Inc
c/o Mark E. Kass, P.A.
1497 NW 7 Street
Miami, FL 33125

Venus LLC
c/o Gulf Group Holdings
Acquisitions and Applications Inc.
Attn: Beatriz Agramonte
PO Box 25177
Miami, FL 33102

Miami-Dade County Tax Collector
140 West Flagler St., #1403
Miami, FL 33130

James & Mirna Alvin Daniel
16030 SW 100 Lane
Miami, FL 33196

Alex Acosta, Esq.
United States Attorney
Southern District of Florida
99 NE 4th Street
Miami, FL 33132

Nancy N. Herkert, Trustee
PO Box 279806
Miramar, FL 33027

```
CFN  2006R0945820
OR Bk 24873 Pg 3298; (1ps)
RECORDED 09/05/2006 10:46:22
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

Recording Requested By:
**NovaStar Mortgage, Inc.**
Prepared & Submitted By:
**Ronald E Meharg, PH#. 888-362-9638**
When Recorded Return To:
**DOCX LLC**
**1111 Alderman Drive**
**Suite 350**
**Alpharetta, GA  30005**

| NV | 000 | 0001287622 |

\*NV00000001287622\*

MIN #: **100080190031399108**
MERS Telephone #: **888/679-6377**
CRef#:**08/29/2006**-PRef#:**R052-POF**
Date:**06/30/2006**-Print Batch ID:**6797**
Property Address:
**16030 SW 100 LN**
**MIAMI, FL 33196**
FLmrsd-eR2.0   06/05/2006   2006(c) by DOCX LLC

This Space for Recorder's Use Only

## MORTGAGE RELEASE, SATISFACTION, AND DISCHARGE

**IN CONSIDERATION** of the payment and full satisfaction of all indebtedness secured by that certain Mortgage described below, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR NOVASTAR MORTGAGE, INC.**, whose address is **G4318 Miller Rd, Flint, MI 48507**, being the present legal owner of said indebtedness and thereby entitled and authorized to receive said payment, does hereby release, satisfy, and discharge said Mortgage in full and does hereby consent that the same be canceled and discharged of record.

Original Borrower(s): **MIRNA DANIEL AND JAMES DANIEL, HUSBAND**
Original Beneficiary: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
Date of Mortgage: **07/29/2004**           Loan Amount: **$252,000.00**
Recording Date: **08/17/2004**   Book: **22582**   Page: **2082-2095**   Document #: **2004R0713699**
Misc. Comments: **ORIGINAL LENDER: NOVASTAR MORTGAGE,INC.**

and recorded in the official records of the **County of Miami-Dade**, State of **Florida** affecting Real Property and more particularly described on said Mortgage referred to herein.

**IN WITNESS WHEREOF**, the undersigned has caused these presents to be executed on this date of **08/16/2006**.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR NOVASTAR MORTGAGE, INC.

Witness: **JESSICA LEETE**

**PAT KINGSTON**
**VICE PRESIDENT**

State of **GA**
County of **FULTON**

On this date of **08/16/2006**, before me, the undersigned authority, a Notary Public duly commissioned, qualified and acting within and for the aforementioned State and County, personally appeared the within named **PAT KINGSTON**, known to me (or identified to me on the basis of satisfactory evidence) that he or she is the **VICE PRESIDENT** of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR NOVASTAR MORTGAGE, INC.** and was duly authorized in his or her capacity to execute the foregoing instrument for and in the name and in behalf of said corporation and that said corporation executed the same, and further stated and acknowledged that he or she had so signed, executed and delivered said instrument for the consideration, uses and purposes therein mentioned and set forth.

Witness my hand and official seal on the date hereinabove set forth.

Notary Public:

RAJ PARMAR
Notary Public - Georgia
Fulton County
My Comm. Expires Feb. 26, 2010

# EXHIBIT "A"

Return to: (enclose self addressed stamped envelope)
Mark Evans Kass, Esquire
1497 NW 7th Street
Miami, FL 33125

This instrument Prepared by:
Mark Evans Kass, Esquire
1497 NW 7th Street
Miami, FL 33125

Property Appraisers Parcel Identification (Folio) Number(s):

Grantee S.S. #(s):

CFN 2006R0735578
OR Bk 24700 Pg 1708; (1ps)
RECORDED 07/10/2006 10:24:16
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

## SATISFACTION OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS:** That **OTURA INVESTMENTS, INC.**, a corporation existing under the laws of the State of Florida the owner and holder of a certain mortgage deed executed by **JAMES DANIEL** and **MIRNA E. DANIEL, husband and wife** bearing date the 17th day of January, 2005, recorded in Official Records Book 23011, Pages 1661-1663 in the office of the Clerk of the Circuit Court of Dade County, State of Florida, securing certain note in the principal sum of $11,000.00 Dollar, and certain promises and obligations set forth in said mortgage deed, upon the property situate in said State and County described as follows, to-wit:

Lot 13, in Block 5, of GARDEN HILLS WEST, according
to the Plat thereof, as recorded in Plat Book 153, at Page 52,
of the Public Records of Miami-Dade County, Florida; a/k/a
16030 S.W. 100th Lane, Miami, Florida

hereby acknowledges full payment and satisfaction of said note and mortgage deed, and surrenders the same as canceled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.

(Corporate Seal)

*In Witness Whereof,* The said corporation has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers therunto duly authorized, this 30 day of June, A.D. 2006.

ATTEST: _____
Signed, sealed and delivered in the presence of:

_____
Witness Signature

Mark E Kass
Printed Name

_____
Witness Signature

C. Biamby
Printed Name

**OTURA INVESTMENTS, INC.**

By: _____
Mortgagee (Signature)

JESUS SALAS, President
Printed Name (President)

12973 SW 112th St #135
Miami, FL 33186
Post Office Address

STATE OF __FLORIDA__ )
COUNTY OF __DADE__ )

I hereby Certify that on this day, before me, an officer duly authorized to administer oaths and take acknowledgments, personally appeared
__JESUS SALAS__

known to me to be the President of **OTURA INVESTMENTS, INC.**, the corporation in whose name the foregoing instrument, was executed, and that severally acknowledged executing the same for such corporation, freely and voluntarily, under authority duly vested in them by said corporation, and that the seal affixed thereto is the true corporate seal of said corporation, that I relied upon the following form of identification of the above-named person personally known _____ and that an oath (was)(was not) taken.

Witness my hand and official seal in the County and State last aforesaid this 30 day of June, A.D. 2006.

Mark E. Kass
MY COMMISSION # DD192365 EXPIRES
March 19, 2007
BONDED THRU TROY FAIN INSURANCE, INC.

Notary Signature
_____

Mark Kass
Printed Notary Signature

06-280

## EXHIBIT "B"

**Case 05-42465-RAM    Doc 60    Filed 09/26/0**

Miami-Dade County Real Estate Tax Information

**2005 Taxes**

**Show Me:**

**Today's Date:** 09/26/2006  **Last Update:** 09/22/2006      **Tax Year:** 2005

**Folio Number:** 30   59050231660    UNINC. DADE CO.
**Owner's Name:**   ENEIDA P DANIEL
**Property Address:**  16030 SW 100 LN

**Search By:**

**\*\* Folio in litigation \*\***          **Case number :  2005042465BK02**

**Detail Tax Information:**

**Total Value :** 183799              **Millage Code:** 3000
**Exemptions :**   HOMESTEAD            25000

- Real Estate Tax Info
- 2005 Taxes
- Prior Years Taxes Due
- 2005 Ad Valorem
- 2005 Non-Ad Valorem
- 2005 Back Assessments
- 2005 Enterprise Folio
- 2005 Historical Abatements
- 2006 Quarterly Payments
- 2005 Tax Notice/Memorandum

**Gross Total Taxes:**

| | |
|---|---|
| Ad Valorem | 3385.01 |
| Non Advalorem | 532.17 |
| Total Gross: | 3917.18 |

**2005  Taxes are in paid status.**

**Payments Applied To 2005 Taxes:**

| Date Applied | Register/Receipt | Amount Paid |
|---|---|---|
| 07/14/2006 | 6003/0000044 | 4152.21 |

Amounts due are subject to change without notice.

**Related Links:**
Tax Collector
Property Appraiser
Florida State Dept of Revenue ☐

**Contact Information**
E-Mail:
proptax@
miamidade.gov

(305) 270-4916

Downtown Office:
140 W Flagler St.,
Room 101
Miami, FL 33130

South Miami-Dade Office:
10710 SW 211 St,
Room 104
Miami, FL 33189

-------------

Office Hours:
Mon - Fri
8:00 am - 5:00 pm

© 2002 Miami-Dade County.
All rights reserved.

# EXHIBIT "C"